MARSH v. BERGMAN.

(Supreme Court, Appellate Term. November 6, 1903.)

1. TRIAL—CONFLICTING EVIDENCE.
 The evidence on the issues of a wrongful discharge of an employé, being conflicting, is properly submitted to the jury.

Appeal from City Court of New York.

Action by Morris Marsh against Samuel Bergman. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and BISCHOFF and BLANCHARD, JJ.

A. I. Spiro, for appellant.

Manheim & Manheim, for respondent.

BLANCHARD, J. This is an action brought by an employé to recover damages for wrongful discharge from the service of his employer. The evidence upon the issues was conflicting, and was properly submitted to the jury. The defendant's exceptions are without merit. The denial of the defendant's motion for a new trial upon the ground of newly discovered evidence was proper.

Judgments and orders denying defendant's motions for a new trial on the minutes and on the ground of newly discovered evidence should be affirmed, with costs. All concur.